NEW JERSEY TURNPIKE AUTHORITY v.
TOWNSHIP OF WASHINGTON.

March 16, 1976. Petition for certification granted. (See 137 *N. J. Super.* 543)

STATE OF NEW JERSEY v. HUBERT LEE POWELL.

March 16, 1976. Petition for certification denied.

SAMUEL SCOTT v.
FEDERAL NATIONAL MORTGAGE ASSOCIATION.

March 16, 1976. Petition for certification denied.

ARTHUR GOLDBERG v.
STATE OF NEW JERSEY, DEPT. OF TRANSPORTATION.

March 16, 1976. Petition for certification denied.

L. PUCILLO & SONS, INC. v.
MAYOR & COUNCIL OF THE BORO. OF NEW MILFORD.

March 29, 1976. Petition for certification granted.

STATE OF NEW JERSEY v. WILLIAM J. MORAN.

March 23, 1976. Petition for certification is granted. (See 136 *N. J. Super.* 188)